RECORD IMPOUNDED

 NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R.1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-0742-16T1

STATE OF NEW JERSEY,

 Plaintiff-Respondent,

v.

RICHARD RICH,

 Defendant-Appellant.
________________________________________________

 Submitted February 28, 2017 – Decided March 8, 2017

 Before Judges Messano, Guadagno, and Suter.

 On appeal from the Superior Court of New
 Jersey, Law Division, Sussex County,
 Indictment No. 15-02-0081.

 Joseph E. Krakora, Public Defender, attorney
 for appellant (Leanne M. Healy, Assistant
 Deputy Public Defender, on the brief).

 Francis A. Koch, Sussex County Prosecutor,
 attorney for respondent (Shaina Brenner,
 Assistant Prosecutor, of counsel and on the
 brief).

PER CURIAM

 We were informed by defendant's counsel that defendant

Richard Rich pled guilty pursuant to a plea agreement on
February 23, 2017, and wishes to withdraw his appeal. The

appeal is dismissed as moot.

 2 A-0742-16T1